IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

vs                                                                Docket No. 19-CR-227

Joseph Bonogiovanni and

Michael Masecchia

                              Defendant

## DEFENDANT'S CHARACTER REFERENCE LETTER

Dated: Buffalo, New York
        May 2, 2022

                                                        S/Patrick J. Brown

                                                        Patrick J. Brown, Esq.
                                                        Attorney for the Defendant
                                                        Losi & Gangi PLLC
                                                        147 Linwood Avenue
                                                        Buffalo, New York   14209
                                                        (716) 854-1446
                                                        pbrown@losi-gangi.com

Joseph M. Tripi, Esq.
Assistant U.S. Attorney
138 Delaware Avenue
Buffalo, New York   14202

Susan C. Desautels
United States Probation Service

1

2 Niagara Square
Buffalo, New York   14202

M. Masecchia
1 message

Sun, May 1, 2022 at 2:34 PM

lindajames614@roadrunner.com <lindajames614@roadrunner.com>
To: "drwhs23@gmail.com" <drwhs23@gmail.com>

INVISION HEALTH
William H. Stephan, MD
533 Niagara Street
Suite 500
Tonawanda, NY 14150-6848
Ph (716) 875-7399   Fax (716) 259-9088

May 1, 2022

Dear Judge Sinatra:

I, William Stephan, MD, have been a successful practicing family physician for the past 36 years in the Town of Tonawanda. I combine traditional medicine with homeopathic therapies to provide the best possible care for my patients.

I am writing this letter concerning my patient, Michael Masecchia, whom I have known as both a friend and a patient in my practice for the past 10 years. I examined Mike in my office as recently as 4/26/2022. He had always been a relatively healthy individual until his diagnoses of chronic lymphoid leukemia and b cell lymphoma which is very concerning. This is a cancer of the blood and bone marrow that can be treated but rarely cured. The prognosis varies widely as to the type of CLL and other factors. Mike was initially treated with chemotherapy and is currently followed very closely by Roswell Park Cancer Institute every three months for possible risk of recurrence.

Thank you for taking into consideration Mike's significant health issues prior to your sentencing decision. Please do not hesitate to contact me if you wish to discuss my patient or need further information.

Sincerely,

William H. Stephan, MD

WHS/lj