UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

DIVISION BUFFALO

FILED JAN 0 2 2024
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

UNITED STATES OF AMERICA
PLAINTIFF

V. MICHAEL MASECCHIA
DEFENDANT

CASE NUMBER 1:19CR00227-002

======================================================================

Defendant presents to the Honorable Court "Pro Se"
   Case Law:
   BOAG v. MacDougall, 454 U.S. 364. 70 L. Ed.2D 551, 102S.Ct 700 (1982: Pleadings filed by individuals representing themselves are held to a less stringent standard than those prepared by attorneys.

   HAINES v. Kerner, 404 U.S. 519, 30 L.Ed.2d 652, 92 S. Ct. 594(1972): Pro Se Defendants complaint should not be dismissed for failure to state a claim upon which relief could be granted if it appears he may be able to offer proof of his claim.

======================================================================

MOTION FOR CONSIDERATION TO THE HONORABLE COURT TO ALLOW A RETROACTIVE SENTENCE REDUCTION REGARDING AMENDMENT 8 2 1 Part A "Status Points", Part B " ZERO POINT OFFENDERS" OR ANY OTHER CHANGES TO THE UNITED STATES SENTENCING GUIDELINES THAT BECAME EFFECTIVE ON NOVEMBER 1, 2023 THAT WOULD APPLY TO THE DEFENDANT.

MOTION FOR THE APPOINTMENT OF COUNSEL IN LIGHT OF THE U.S. SENTENCING COMMISSION'S VOTE TO ALLOW THE RETROACTIVE SENTENCING REDUCTION OR IN THE ALTERNATIVE MOTION TO ORDER THE A.U.S.A TO SHOW CAUSE AS TO WHY THIS MOTION SHOULD NOT BE GRANTED.

Comes now the Pro Se Defendant asking the Honorable Court to grant my Motion(s) for the following reasons:

BACKGROUND

1. I was convicted in this court. The BOP does not allow me to have a copy of my PSI/PSR therefore I can't look up what points I received or did not receive.
2. It is possible that there may also be other aspects of the USSG changes to the guidelines that may effect me that I don't know about or understand as I am NOT an attorney.

CONCLUSION

Because I can't know my eligibility status or understand the changes as I am not an attorney, I have no other choice but to ask the court to appoint counsel. I do understand the 821 Amendment and any other aspect of the amendment have now become effective on November 1, 2023.

W H E R E F O R E I ask this honorable court to consider me for the retroactive sentencing reductions presented in Amendmen 821 effective November 1, 2023 AND appoint counsel, if necessary, to secure my qualification for that referenced Amendment.

IT IS SO PRAYED,
Respectfully Submitted,

12 / 23 /2023

Butner Camp FCI, ID # 28848-055
Post Office Box 1000
Butner, North Carolina 27509

Certificate of Service
I have sent copies of the foregoing to the following. 1. Clerk of the Court, 2. AUSA through the courts EFS.

Page 1 of 1

Michael Masecchia

Name: Masecchia
Federal Prison Camp
P.O. Box 1000
Butner, NC 27509

Number: 1:19CR00227-002

RALEIGH NC 275
Research Triangle Region
26 DEC 2023  PM 1  L

USDC - WDNY
JAN - 2 2024
BUFFALO

19-CR-227-2

Court Clerk
Western District Of New York
Robert H. Jackson Federal Court House
2 Niagra Square, Room 208
Buffalo, New York   14202