# EXHIBIT A:

# MASSECCHIA'S MEDICAL RECORDS FILED UNDER SEAL