EXHIBIT C

My name is Jenna Masecchia, I am Michael Masecchia's first born child. For 29 years I have been blessed to have him as my father. I grew up in Buffalo, NY where I still reside today. I am a crazy animal lover with a degree in Animal Behavior from Canisius College and a job as the Director of a doggy daycare called Camp Bow Wow. I have worked there for the last 10 years. In my free time I save dogs from death row and find them their forever homes.

What's so special about my dad you want to know? Well, fitting 29 years into a letter is impossible but I'm going to try my best. My earliest memories are around the age of 5-6 years. But not to worry, my dad documented every waking moment of my life before then on a camcorder. Which brings us to his most amazing trait; his soft, nurturing side.

My dad is the epitome of a "tough guy". Muscles, tattoos, a motorcycle. But if you sat down to watch some of these home videos you would see a man who treated his baby daughter like royalty. Following me around telling me how beautiful I am, teaching me to read and telling me how smart I am. Teaching me to play sports, swim, ice skate, bike ride and telling me how strong I am even though I stunk at all of the above. Once he accepted that I was not going to be an athlete and all I cared about were the deer in the backyard and my grandma's Jack Russel, he fully immersed himself into my animal obsession. This man brought me home fish, hamsters, parakeets, snakes, lizards, pigeons. He provided me with the means to take care of them and let me do my thing. I treated my animals how my dad treated me. And they grew and flourished like I did. He shaped me into the confident, empathetic, fun-loving woman I am today.

Why do I want my dad home? The reasons are endless. I want to laugh with him, hug him, smell him, take care of him. He missed my wedding in May of '23. It was a destination wedding at an all-inclusive resort in Punta Cana. He would have loved every second of it. He wrote me a speech that my brother read out loud to the entire reception. Every single one of us sobbed. Even the guests who have never met him. I don't want my dad to miss any more of my life. I want him to be home when he becomes a Papa. My dad has Non-Hodgkins Lymphoma and Prostate Cancer. His time is limited with me already. I want him to enjoy every second he has left on this earth. I want my kids to know him and have him until they're old enough to remember him for the rest of their lives.

Whether my dad comes home tomorrow or in 7 years I know that he would do nothing but good for our family, friends, and community. He would get right back to being the rock of this family. Cooking for us, making us laugh, and making us feel safe. He would get back to being a father figure for my cousins who lost their Dad and for my friends who never knew her dads. He would help my mom take care of my Nana who requires around the clock care.

I will support my dad by helping him make the mental and emotional transition back into the real world by being there to talk and listen whenever he needs. I will support my dad's physical health by bringing him to Dr.'s appointments and making sure he stays on top of his cancer screenings. I will support my dad in any and every way he needs or asks of me. I will do anything for him because he has done everything for me.



ReplyForward
Add reaction

To Whom it May Concern,

Hello, my name is Bryan Komasara, I am Michael Masecchia's son-in-law. I am married to his eldest Daughter Jenna. I work for Seko Logistics in Buffalo, NY. I live in Tonawanda, NY. I've known Michael for almost 7 years. He is a funny, give the shirt of his back for you type of guy. Ever since I started hanging around my wife he made me feel accepted and apart of his family. One of my favorite things about him is how any time he had something that I complimented, he would take it off and insist I keep it. I still wear the sunglasses he gave me. Mike truly cares for the people in his life and would give anything to make them happy.

I think it is very important for Mike to come home as soon as possible. His family, wife, and children need their father and husband back in their every day lives. And I am personally counting down the days until I can watch Bill's games with him again. The only thing Mike loves even remotely close to his family are the Buffalo Bills. He can make you smile and laugh even during another Chief's win.

Mike unfortunately missed mine and Jenna's wedding due to his incarceration. That is something none of us will ever be able to share with him other than through photos. He doesn't deserve to miss anymore life milestones for any of his children and the rest of his family. To this day, over a year later he still gets choked up if the wedding is mentioned. In addition to his immediate family, Mike has nieces and nephews that are like his children who also require his guidance and encouragement since their father passed away.

When I speak with Michael over the phone now, I can hear a man that has changed his outlook on life. His incarceration has humbled him and made him appreciative of everyone who was there for him through his legal issues and fighting Lymphoma. Michael has and will always have my support in anyway that it is needed. Just as he has always supported me in anyway needed since the day I've met him.

I see the best qualities of Mike in my wife everyday. Mostly in

her passion for the things she loves and her sense of humor. I
choose to believe in order to raise 3 amazing children, have a
wife who deserves Sainthood, and have such a large following
of devoted supporters through everything he's endured, he must
truly be one of the best guys out there.

Please consider our plea to bring Mike home early. We miss him
very much.

Thank you for your time.

Bryan Komasara

June 11ª, 2024

To whom this may concern,

My name is Siena Masecchia and Michael Masecchia is my
father. I am the second born of three siblings and have an older
sister and younger brother. My father has always been, and
continues to be, an active and consistent part of my life. I am 27
years old, and I work for New York State at Buffalo Psychiatric
Center on an inpatient unit as a licensed social worker. I live in
Tonawanda, NY with my mother, brother, and grandmother. In
the near future, I plan to relocate to the state of Florida to
hopefully work for the Federal Government and further my
career and life experience.

When I think of my father, I think of someone who is strong,
intelligent, caring, entertaining, supportive, loyal, and a good
cook. I believe that one of his biggest strengths is his ability to
be present in whatever he is doing and with whoever he is in the
company of. I consider myself to be one of the more open and
vulnerable family members given my life experiences, my
personality traits, and the nature of my job. Due to this, I am not
afraid to have difficult or deep conversations with my father and
I truly feel this has created a strong and special relationship
between us. I have had many talks with my father and moments
where he has supported me during grief, pain, heartache, and
also success. His ability to stay present, listen to me, and offer
guidance or praise in those moments has helped me more than
he will ever realize. It has always been important to him to
remain mindful and pay attention in an effort to care for me in
the best way he could. Had he not been so present, I may have
felt that my feelings and experiences did not matter but that was
never the case. I believe his ability to stay present has taught me
how to ground myself in times when I feel anxious and can be
fixated on the past or future. He has emphasized the importance
of slowing down and staying in the here-and-now. He has
especially stressed this message, to take things slow, since his
incarceration to help me cope with my emotions related to the
loss and adjustment of not having my father while he serves his
sentence. Furthermore, it should be noted we are a very close
family which means we (my mother, father, sister, and brother)

out to eat, cooking and sharing meals at home, going on hikes/adventures, watching movies, or playing games. As a child, my father always made sure my siblings, cousins, and I, had smiles on our faces and were fully engaged and enjoying whatever activity we were doing. He has done the same even in my adult life. He truly encourages me to live a beautiful life by experiencing the joys of just being in the moment and spending quality time with those I love. My father has taught me many things but most importantly he has taught me the value of family connection, enjoying life even in its simplest moments, and always showing kindness to those you love and those who are in need.

My favorite memories with my father include going to the grocery store together, shopping for dinner, and coming home and cooking together. Especially, the days we would listen to Dean Martin or Frank Sinatra...which I still do now. If there is one thing my father loves, it's teaching, and I always enjoyed learning about the art of cooking. I genuinely found it so intriguing to watch him pick out ingredients, try new recipes, and listen to him give detailed and elaborate instructions on the food he was making. Cooking is something that I find extremely therapeutic and allows me to be creative. I will always be grateful that my father helped me tap into my inventive side. These memories and experiences have developed my deep love for making meals, valuing the taste of different things, getting artistic with the presentation, and appreciating the way food nourishes quality time with family and friends.

I want my father to come home because there has been a missing piece of me since he left, and it will not return until he does. The environment of our home has changed. It is much quieter and more somber now; before it was lively and colorful. I want him to come home because he does not deserve to miss anymore milestones in our family. I want him to come home because he has always provided a sense of safety for me and since his incarceration that has vanished. I want him to come home because I truly adore and miss that man, and our quality time together, more than you could ever understand through my words in this letter. He is an incredible human being and has positively influenced so many people in his life, especially me.

I believe my father has shown significant change since he began his federal prison sentence. He is aware of his poor choices and

how they have impacted his own life as well as his family's. I know this because he tells me. In the past, he may have acted like everything would be fine. He has shown more vulnerability and strength in this situation than I ever imagined he would. My father is comfortable verbalizing that not every day is perfect. That he could have made better decisions. That it is extremely difficult and emotionally draining to be away from his family and his usual daily routine. Yet, despite these challenges, he continues to maintain a positive mindset, motivate himself, demonstrate resilience, and care for himself both physically and mentally.

I do not believe my father will be a danger to anyone or the community upon his release. He has never harmed anyone, and I have never felt unsafe around him. I know his other family and friends would say the exact same. The community could benefit from someone like my father being released because of his big heart and genuine desire to help those who are disadvantaged. The students he taught as a Buffalo Public School teacher always spoke highly of him. If I run into one of his previous students, due to the small nature of Buffalo even to this day, I am always blessed with a response, such as "you're Mr. Mike's daughter? He was the best teacher I ever had! I loved him…tell him I am thinking about him". I am often told stories about how he has helped them and how the culture he created in the classroom allowed them to enjoy attending school. I believe that says a lot about the kind of man my father is. For example, my father took it upon himself at one point to go through mine and my sister's clothes, taking dresses to give to the female students who could not afford their own for proms and other seasonal dances. I initially got upset because he took one that I never got to wear. However, he talked to me about the meaning behind it and after speaking with him and understanding, I was more than happy to give away a dress to someone that would appreciate it more than I ever could. This is just one example of my father's heart and I firmly believe he can be a positive part of our community in whatever capacity he is able upon his release.

I can and will support my father emotionally, spiritually, financially, and physically upon his release. I can provide a safe space for him to vent when in distress. I can pray with him and continue to have deep meaningful conversations to foster personal growth. And I can work out with him to ensure he continues to prioritize his mental and physical health through exercise, just as I do on a daily basis.

There will never be a day where I don't need my father and that is why I ask for you to consider early release. Thank you for taking the time to read my words related to this matter.

Sincerely,
Siena Masecchia

Hello I am Michael P Masecchia, Michael A Masecchia is my father. I work as a personal trainer in Niagara Falls at Apex Fitness, I live in Buffalo NY. My father is one-of-a-kind in many ways. He's first and foremost a protector and family man, he is willing to give the shirt off his back to anyone that needs it, family, friends, and any random person that needs help or guidance. He's intelligent, hard working, loving, caring, and tough. One of his best qualities is interacting with children, ever since I was 4 years old, he made up games and activities for me, my siblings and my cousins. He's coached for all of my sports teams since I was 4 until I was 15. If you ask any kid that knows him, he was thier favorite coach and everyone wanted to be him, me most of all. My father is loved and looked up to by so many people. My father has made me the man I am today. Everything he did I wanted to do, everything he liked I liked, everything he loved I loved. He created the love I have for football (and other sports), working out, and chicken wings. Football was my first love. My father played at the University of Buffalo as a running back, hence why I played running back in high school. Going to bills games with him since I was 6 are honestly and truthfully the best memories of my life. The passion and love we share for football, he instilled in me. He also instilled working out and being healthy into me. He created one serious and dedicated personal trainer. I take pride in the fact that my father taught me how to be tough, hard working, and fit, and now I get to help people do the same every day. My whole life I've wanted to be like my father and one day if I'm half the man he is I'd be satisfied. My father has changed his entire thinking process since he has been incarcerated. He is sick to his stomach everyday that he is not with his family, and can't wait to come home to support, encourage, guide and provide for his family. My father would never be a danger to the community he is a protector. Me and my father plan on opening a gym together when he gets out, and building it from the ground up. Working together, training clients together, and hopefully one day coaching my children together.

Sincerely,
Michael P. Masecchia

**To Whom It May Concern:**

**My name is Krista Masecchia and I am the wife of Michael Masecchia for the last 31 years. I have known Michael for 45 years total as we went to elementary school together, and our parents knew each other.**
**I reside in Tonawanda, New York with two of my three children and my 85-year-old mother. I have been an professional accountant for over 37 years.**

**I can say that my husband and I grew up together as we were both kids when we first met. His kind and caring personality is what I was attracted to first. We were friends first and both of us always looked out for each other.**

**After dating for nine years, we got engaged and we're married in 1993. He was a high school teacher and I was an accountant. We bought our first home and had our first child a year after we were married.**

**We both were all about our family especially because we came from the same upbringing. We both had very close family ties and relationships and holidays were always at our house with both sides of our families together to celebrate them. We provided the best childhood memories for our children, nephews and nieces each and every year.**

**While I was always taking care of the cooking and serving people, Michael would be downstairs in the playroom entertaining all the kids keeping them busy playing games and creating the best memories for them. They still all talk about them to this day.**

**We raised three remarkable children together who are amazing human beings. They are kind, caring, compassionate and helpful to anyone in need. We are both extremely proud of who they are as adults and how successful they are in their careers.**

**Michael has amazing character traits and has so many of those exact same qualities that we instilled in our children. You will hear it from anyone he worked with , all the students he taught as well as all of our family and friends.**

**Michael has taken accountability for the mistakes he has made and is very remorseful. He is not and never will be a threat to anyone in his community. On the contrary he has done nothing but help people and be there for the less fortunate his entire life.**

He is my best friend and my children need him at home with us. There is a very large void since he has been incarcerated and it is very stressful on all of us both financially and emotionally.

Caring for my elderly mother has been a challenge and I know Michael would be right there by my side, helping in anyway he can.

Our family is losing out on the most precious memories and we would love nothing more than to have him home so that we can be whole again.

Please consider an early release for my husband as he is not a danger to anyone, and all his good deeds are going undone every day that he is incarcerated. The world is a better place with Michael in it.

Thank you so much for taking the time to read this.


Sincerely,
Krista Masecchia

To Whom it May Concern:

My name is Bart Mazzara, I am Michael Masecchia's nephew. I am a firefighter and EMT for the City of Buffalo. I currently reside in the city of Buffalo, NY.

I have known my uncle my whole life, 29 years. He has always been a role model to me and has always put an effort into making sure that I knew that he cared about me. He has been like a father to me in recent years and has been there for me countless times, especially the hard times like when my father passed away suddenly at the age of 57. He has always been a constant in my life and never waivered when it comes to loyalty and looking out for his loved ones.

My Uncle Mike even assisted me in my pursuit to the NFL and helped me get a pro trainer so I could get ready for the combine once I graduated from college.

My uncle is one of the most selfless people I know and would do anything for anyone in need. He has taught me so much in my life that turned me into the man I am today. My success is definitely owed partly to him.

Since my uncle was incarcerated, our family has not been whole. Hei is one we all leaned on in times of need. His advice and presence alone, gave us all great comfort.  No matter how bad you're struggling, my uncle alleviated the stress surrounding it and you would leave feeling content and okay.

My family needs him home, his wife needs her husband home and most importantly, his kids need their father home. He is a good man to the core who has made mistakes. In the two years he has already served, he has learned so much. We write to each other and keep in contact. I can tell by the pain, sorrow and regret in his words, that he is truly sorry for how everything turned out.

He has already missed his eldest daughter's wedding and it pains him that he was not able to walk her down the aisle.

I believe he has already been punished enough for his crime. Not only is he suffering but his family is as well. Life is too short and fragile and you can never get back these precious moments that he is not around for.

My uncle is nothing but a positive influence on his entire family. He has done so much for others, even strangers and underprivileged people. Society is definitely a better place with my uncle in it. And that is coming from a man that risks his like to save others each and every day.

Once my uncle comes home, I will be there for him as he always was for me. My uncle coming home is not only good for our family but for anyone that is part of his life and even the people who don't know him personally. That is how good of a person he is.

Thank you for taking time to read this and please consider his early release. These words come from the bottom of my heart.

Bart Mazzara, Buffalo Firefighter

Sophia Mazzara                                                          5/24/24
NACDL Clemency Petition


        Hello, my name is Sophia Mazzara and I am Michael Masecchia's niece. I grew
up in Pendleton, NY with my 3 brothers, Mom and step dad. I recently moved out and
now currently live with my boyfriend in Tonawanda New York. My place of employment
is Ulta Beauty. I started a position there as a "Beauty Advisor" during the holiday season
and recently just accepted a promotion as a "lead." I am in charge of making sure the
other associates are keeping up with their work and doing whatever my higher up
managers need me to do.
        I have known Michael my entire life, almost 23 years now. My Uncle Mike is
genuinely one of the best guys I know. There are so many qualities that stand out about
him, but if I had to pick my top two it would be his amazing personality and how giving
he is. He has always been the light in every room he enters, and has always put our
happiness first! We grew up in a big Italian family and my Uncle Mike always made sure
we had the best time no matter what we did. Every holiday he would gather us for
games around the table, some of the games that he made up himself, but they were
truly some of the best moments of my life. The laughs and smiles we all shared does
not leave my memory and I will forever be thankful for all he did for us. My Uncle Mike
would rent beach houses, lake houses, we would go up to his cabin and he would
always make sure we were taken care of and having a good time. He would gather
countless games together with prizes for the winners, it made everyone always want to
be included because of how much fun we had! My Uncle Mike's best qualities are
making people feel loved and welcomed wherever he is. He would give the shirt off his
back for just about anyone and always looked out for absolutely everyone around him.
He did whatever he could to help out those in need, and something that will always stick
with me is how much he tried to help my dad when my dad was alive. My dad struggled
with drug addiction during his lifetime. My family exhausted all of their efforts trying to
get my dad onto the right path but unfortunately drug addiction is strong and is so
powerful and as much as you love the person and want to get them onto the right path,
it is easier said than done and they have to be strong themselves. He passed away in
March of 2019 due to an overdose and it was the most painful heartache my family and
I have ever felt in our entire lives. My Dad and Uncle Mike were brother in laws, and my
Uncle Mike did a lot for my dad to try and get him to a good healthy spot, no matter
what it took.  My Uncle Mike even saved his life. That is something that I will forever
cherish, that I got to spend 6 more years with my Dad because my Uncle Mike saved
his life. My Uncle Mike is a family guy and would do anything and everything for his
family and it has shown in numerous ways.

My Uncle Mike has impacted so many lives around him. Not only our family and friends, but also his students. I have ran into his former students several times and when they find out I am "Mr Mike's" niece, their face glows up and they go on a rant about how he was the best teacher, how much he helped them out not only academically but also guided them onto the right path due to personal struggles that they were going through, and so much more. They say how blessed they are to have had such an amazing teacher. You can see the love and admiration they feel when they speak of him because of how much he has positively impacted the lives around him.

I want my Uncle Mike to come home because life has changed so much since he left and his presence is so missed. He is one of the best people I have ever met and I just miss our conversations, gatherings, laughs, hugs, smiles and so much more. My Uncle is someone who makes everyone around him a better person and we are all missing that.

My Uncle Mike will not be a danger to anyone when he is released. He is such an amazing friendly guy that he makes friends with everyone and makes everyone around him feel loved and wanted. Everyone in my uncle's life knows how amazing of a person he is and he does not make anyone feel like they are in danger. When we are around my Uncle, we feel safe and comfortable.

I will support my Uncle with so much love when he comes home by seeing him at all of our gatherings and family functions and making sure he knows that just because he went away, nothing between us has changed and he is still one of the best people in my life. The love I have for my Uncle is unmeasurable and I cannot wait to reunite and catch up and be able to see him.

Sophia Mazzara

My name is Quinn Shatzel and I am from Buffalo, New York.  I have been family friends with Michael Masecchia for over 10 years now and can say for a fact that Michael would be much better off at home than incarcerated.

Michael Masecchia is very much a family man who puts his family and friends above all else in his life. For example, when I was having a rough time at home, Michael always allowed me to stay at his home. I was always invited to dinner and was always welcome at the Masecchia home. My sister committed suicide in 2020 and Michael and his family sent a very large homecooked meal to my house and said if my family and I needed anything to just let him know.

He has been nothing but good to me and the community as a whole and society would be lucky to have him apart of it again.

Michael is a very giving person who is always happy to help anyone in need. He even took in one of his son Michael's friends who had nowhere to live when his own father became incarcerated and this boy lived there throughout his high school years.

Michael gave him a room and took him under his wing providing guidance, love and support. If this isn't exemplary of a man of good character, I don't know what is.

If anyone should be released early from prison, Michael Masecchia sure is that man.

Sincerely

Quinn Shatzel

My name is Gianna Sparcino. I am 25 years old living in Buffalo NY. I am a licensed esthetician working at a salon in East Amherst. Michael Masecchia is someone I refer to as my "Uncle Mike", even though he is not my blood uncle. I have known Michael since I was born. He and my father were best friends since they were kids and his wife Krista and my mother are the same. His children and I grew up together and to this day are still best friends.

Over the years, I have had the privilege of witnessing first hand remarkable qualities that truly make him an exceptional father, uncle, friend and an outstanding human being. Some of Michael's best qualities include his empathy and compassion for others. He is always there to provide emotional support during both good times and bad, offering encouragement and being a shoulder to lean on. His absence these last couple years have been deeply felt by everyone. Growing up Uncle Mike made life fun. He would always have games and challenges for all of us kids to do that are some of the best memories I have from childhood. We would go up to crystal beach every summer where he would dig "fox holes" for all of us to play in or take us on the "ghost trail" in the golf cart and make up scary stories. As tough as he may look he actually is a softy.  As I got older the love and fun in the Masecchia household stayed the same because of him. You could have the worst day of your life and he would say "hey man" and smile and everything would be okay.  Throughout my entire life if I ever needed anything he was there for me and I know always will be. He is a stand up guy who would do anything for his family and friends.

I understand that mistakes were made, but I also know that he is committed to making better decisions for himself and family. His presence at home is crucial for his daughters, son, and wife. His guidance and love are missed, and I believe that being reunited with his family will provide the support and stability needed for his continued growth. He is in no way a threat to society in any way shape or form.

I respectfully urge you to reconsider Michaels case with compassion and understanding. I sincerely believe in his potential to contribute positively to society.

Sincerely,
Gianna Sparcino

To Whom It May Concern:

My name is Louise Abbinanti and I am Michael Masecchia's close friend. I reside in Buffalo, NY. I am a former small business owner and am now semi-retired.

I have known Michael Masecchia since he was born.  He has great parents (father deceased) and a loving family.

Michael was always kind, loveable and always generous as a little boy.  In his youth, he was always a great ball player. We would always travel to watch him play. My son David was in awe of Michael and wanted to be just like him at sports.

As he grew into a young man and married, he was a great husband and father to his three children.  He has always been so good with children. He would tell stories and play games with all the cousins and kids. But his children were always #1 in his life.

Michael loves to cook with his family and help his wife with dinner and huge holiday gatherings. He and his wife entertained so many family members and friends over the years and always welcomed everyone into their home.

Michael was always the life of the party and lit up any room he walked into. We need his contagious smile back because he always made everyone feel loved and respected.

He was also a wonderful teacher to all his students over his 30 years of teaching. He in no way would ever be a threat to his community or to anyone. He prides himself on helping others, always did.

He is currently in remission from lymphoma and is monitoring prostate cancer as well. I feel he should be at home with his loving family so that they can care for him and support him with his illnesses. He should be eating healthy and seeing his own specialty cancer doctors that he was seeing since being diagnosed.

Please consider an early release for Michael Masecchia. It is a total waste for someone like him to be incarcerated rather than being home with his loved ones where he belongs.

Thank you for taking the time to read this.

Louise Abbinanti

My name is Anthony Alessi and I am a Physical Education Teacher and Coach for the Buffalo Public Schools. I have been employed by the Buffalo Board of Education for the past 31 years. I have also had the pleasure of working with Michael Masecchia for 28 of those 31 years.

During those 28 years, I have never seen a person and teacher more highly effective than Michael. His qualities as a person and a teacher were remarkable. Michael was a teacher who was caring, helpful, motivating, generous, and comical. These qualities brought the best out of his students.

I have so many good memories of Michael and his generosity. Some of these memories are: Michael buying his entire class breakfast sandwiches in the morning because they were hungry, him bringing food to a co-worker when their spouse was going through cancer treatment, him taking a group of inner city students tubing at Holiday Valley, him and I driving a Soccer player down to Akron to get noticed and changing his life by getting recruited, and him assisting me in taking the Soccer Team to Middletown, NY that helped win the 2014 State Championship.

I have been writing to Michael during his incarceration and feel he has learned a great deal from being incarcerated. I would love to see Michael come home. Michael is not only a caring teacher but a wonderful family man. Michael imposes no threat to the community if released. There are more people walking the streets that have committed harsher crimes and have served less time, or no time at all. I will continue to support Michael before, during, and after his incarceration.

Sincerely,

Anthony Alessi

Physical Education Teacher

Buffalo Public Schools







**Kevin J. Eberle, Ed.D.**
CEO/President: Edingenuity, LLC                    EdIngenuity,
LLC
47    Idlewood    Court
Education Consultant
Hamburg, New York 14075              716-818-0290

July 11, 2024

To whom it may concern:

I wish to introduce myself. I am Dr. Kevin Eberle, an education advisor/consultant, and retired school principal/COO. I am writing this correspondence about Mr. Michael Masecchia and my relationship with him. I have known Mr. Masecchia for the last twenty years. I was the principal at Grover Cleveland High School when I first met Mike. As a ten-year veteran administrator before entering Grover Cleveland, I can truly state that working with Mike Masecchia was an absolute pleasure. I have supervised many teachers over my thirty-two career, and observing Mike's talent and passion for his students was unprecedented. Mike's ability to inspire students daily was created through his unconditional regard for each one of them. Not only did he inspire and motivate his students, he truly demonstrated a caring attitude evident in our students' hearts and minds. As principal at Grover Cleveland High School and Founding Principal of The International Preparatory School at Grover, Mike Masecchia was a stand-out educator who, not only taught his students, but mentored teachers throughout the building. There are so many stories that could display his work ethic and passion, but one stands out that I will never forget. Grover Cleveland High School had a reputation as a tough inner-city school with a lot of violence in my early years. One of our students was killed on the streets of Buffalo and watching Mike counsel students and teachers the days after the incident was comforting for all. His humanitarian soul is evident when you see him in action on a daily basis.

I am stating emphatically, That Mr. Michael Masecchia is a treasure to our community and he has contributed to the successful path for many underprivileged students. If there is any possibility of clemency for this man, I unconditionally support this effort. As a colleague and friend, I would support Mike throughout this transition and believe he would give back to his community tenfold.

If there is any further clarification needed to attest to Mr. Michael Masecchia's character, work ethic, or passion for what he has demonstrated as a teacher, counselor or confidant, please feel free to contact me at any time.

Sincerely,


Kevin J. Eberle, Ed.D.

My name is Gasper Mazzara. I have known Mike for 42 years. Mike lived down the street from me when I was younger; he taught me how to play football and coached a team I was on. I looked up to Mike as a role model and we became even closer when he married my sister and became my brother in law. Mike is a family man and we have spent many years together raising our children, taking family vacations and coaching little league together.

Mike's best qualities stem from his teaching career. His ability to communicate and connect with his students and the youth are admirable. Mike is selfless when it comes to helping out someone in need. He has spent countless hours volunteering his time coaching football and soccer. He not only taught the skills of the game, he was a father figure to many who did not have support at home, by simply being a consistent presence at practices and at games, supporting and cheering on his team. If they lost, he was there for those moments too and reassured the kids they gave their best effort and left it all on the field.

When I lived in Florida with my Mom and Dad, Mike and my Sister would come down to visit. I have many happy memories of Me, Mike and my Dad going golfing. Mike would always make my Dad laugh and I cherish those memories. During those trips we would also take our kids to Disneyland and creating many memories for our families

I want MIke to come home to restore the family dynamic with his wife, children and many nieces and nephews. A piece of the family is missing and each one of us feel the loss.

Mike will 100% not be a threat to anyone when released.

When Mike comes home, I plan on having daily conversations with Mike to be sure he knows I support him as he transitions back into his day to day routines.

Sincerely
Gasper V. Mazzara

I'm Courtney Vona, residing in Kenmore, NY, and I've been in a relationship with Mike's brother-in-law for the past 18 years. Professionally, I'm a Registered Nurse serving as a Unit Manager at Travelers Insurance, where I oversee a team of 10 Nurses tasked with rewiewing medical cases related to motor vehicle accidents.

My connection with Mike and his wife, Krista, spans through decades, as I first met them 18 years ago. Their warm welcome into the family made me feel instantly embraced. Mike's innate ability to create lively games during family gatherings ensured that all the children, including my own two from a previous marriage, felt valued and included. He treated them as if they were his own nieces and nephews from day one. The holiday season was particularly special, as Mike and Krista took joy in preparing meals and relished the sight of everyone coming together to celebrate.

Among the many fond memories I have, one that stands out is witnessing Mike's enthusiasm while coaching both his son and mine in soccer. His coaching style not only boosted the team's confidence but also ensured that every player enjoyed themselves on the field. Mike's dedication extended beyond soccer; he also coached little league football, where he instilled invaluable team values and skills in the players, qualities that would continue to shape their journey as they progressed to higher leagues.

We eagerly await Mike's return home, as his presence is the vital element our family has been longing for. His unique sense of humor and sincere compassion for others are sorely missed. I can affirm without a doubt that Mike poses no threat to anyone; his character has never been one of danger. Upon his release, we will wholeheartedly support Mike by enveloping him in the warmth of familly and umwavering love.

Sincerely
Courtney Vona

Hello

My name is Marie Masecchia. I have 3 children and Michael is my eldest. My husband and I have raised our children to be respectful and caring adults. Michael has always had those qualities. As a child he did well in school. His teachers always had wonderful things to say about his character. I remember his 7th grade teacher telling me she would be so proud if her son grew up to be as caring as Michael is to his fellow classmates. He always offered to help teachers and students that needed it. Those traits followed into adulthood. He was very protective of his brother, sister, and his parents. His siblings looked up to him and he never let them down.

My son is generous, thoughtful, strong willed and that followed him into his teaching career. He loved his students, and they looked up to him and I feel he was a great role model to them. His colleagues respected him, and he had much respect for them. Michael has a wonderful family of his own that needs him now more than ever. He has 3 beautiful children. His son is at the age where he needs his father. His 2 beautiful daughters are heartbroken that he is missing moments in their lives that are important, like his eldest daughter's wedding. He is missing time with his niece and nephew and now a great niece that he has never even met.

He has a big loving family which will support him at all costs when he comes home. Not only immediate family, but Uncles, Aunts, cousins and many many friends.

Michael never was and never will be a danger to society. Speaking for my son from a mother's heart. I am proud of the man that he is. I miss him so much and my heart breaks for him. I pray every day that he will have an early release and I am very grateful for the support he is receiving from the Covington & Burling LLP firm.

Thank you for this opportunity,

Marie Masecchia

Hello

My name is Lucy Masecchia. I am Michael Masecchia's Aunt. I have known him all of his life. 58 years is a very long time. I am very close to him and his family. I baby sat him, his brother and sister all the time. He was the sweetest little boy and he never changed. Always there to help and never asked for anything in return.

Michael has qualities of empathy, compassion, and always thinks of everyone else and never himself. He loves his family, is very respectful of his Aunts and Uncles and that is very uncommon in today's society.

We are a very close family support system for him. Even though he is not physically with us, he sends letters and cards asking me about my health. I have so many memories of him. The one that fills my heart the most is when I had my massive heart attack, and he wrote me a poem about how our family gathered in support and prayed together. That is why I know we are a great support system for him when he is released. That is what family is to him and to us.

He has a beautiful wife, and 3 children who need him now more than ever. His son and 2 daughters are heartbroken without him. Please consider an early release for him. He has never been a threat or a danger to society and never will be. This world is a better place because of him.

Thank you

Lucy Maseechia

Mr. Jake Stark, Associate
Covington & Burling, L.L.P.
The New York Times Building
620 Eighth Avenue
New York, New York 10018-1406

Re: Clemency for Michael Masecchia

My name is Victoria Vullo and I am a 25+ year friend and
colleague of Mike Masecchia. We taught high school English
Language Arts at International Preparatory School at Grover,
formerly Grover Cleveland High School in Buffalo, New York.
During my career, I found Mike to be an excellent secondary
English teacher, in addition to being kind and compassionate to
everyone: teachers, students, administrators and all staff in our
building – and throughout our district. I observed him, first-
hand, step up to help people without hesitation, many, many
times.
There are facets of this career that are unexpected and one such
situation occurred with me when I was first hired. Since I was
new and there were only a limited number of available
classrooms in our building, I had to teach my classes from a cart,
which I wheeled from floor-to-floor and one side of the building
to the next, via the elevator, to whatever classroom was
available to meet my daily schedule. I had 4 minutes to do this
between each class while carting 40+ very large, heavy books in
addition to full class sets of workbooks and other materials. All
day long, I moved up and down three floors of the building to
meet my classes.
Generally, teachers don't like to share their classrooms but were
asked to share them with me and my cart, to accommodate my
schedule. I only wanted to find space to leave materials in their
rooms to facilitate the start of each class, but without success.
After about 2 weeks of this situation, as I was becoming more
and more exhausted and disheartened, Mike came to me and
offered to take the cart for his classes and give me his
classroom. His kindness and generosity were a Godsend -
something I will never forget.
As a colleague with first-hand experience watching him teach
(we shared a classroom at other points in our careers), I can say
he was an expert in his field. Knowing the material was just one
small piece of the puzzle because managing to keep students

thoroughly engaged in that material and participating – was his
art. He was an incredible teacher. He knew his field and he was
engaging, funny, patient and kind – students loved him.
As I stated in the beginning of this letter, he was there to help
everyone – students and staff – at every turn. He took students
out to lunch, camping, helped them buy uniforms, helped to plan
and chaperone a wide variety of field trips, e.g. winter activities
like tubing/sledding for international students who, often, had
never even seen snow. Mike Masecchia is beloved in our school
and he is very much missed by everyone. I sincerely hope the
court will consider him for clemency.

Victoria Vullo
Secondary ELA Teacher, Retired
Buffalo Public Schools, IPREP @ Grover

My name is Filippo Lombardo, and Michael is my uncle! I live in Rochester NY, and am a team lead at a government defense contractor called L3 Harris. Uncle Mike has always been a crucial part of my life since I was born! My Uncle Mike has 4 amazing qualities and we miss him at home very much.

His perseverance can overcome any challenge however big or challenging. He has an ironclad will, and makes the hard decisions for his family because he knows it's the right thing to do. He has an undying loyalty to every member of his family, he would do anything to protect them and support all in his community. His unconditional love, he can relate to everyone's struggles and will do what he can to make you feel cared for, and show his appreciation for you in many ways. He inspires everyone around him to take care of themselves, be the best version of themselves, and to overcome hardship no matter what is thrown your way. Doing what's right, even when it's the hardest thing to do.



Uncle Mike always made me feel important, and saw potential in me, that I did not see myself. I was a quiet kid for the most part, but had a creative and intelligent mind. He showed my strengths one summer at Sunset Bay Beach and gave me my nickname "E.C." (Event Coordinator) that we still use to this day, based upon those strengths. The name E.C. is his way of complimenting my ability to plan, organize, entertain, and bring people together! Another memory that I am very fond of is when he took us kayaking 3 miles to a dockside restaurant in the Adirondacks and paid for everyone's food without a second thought! It was one of my favorite vacations and it wouldn't have been the same without him.



We need Uncle Mike to come home because we need him to help me sing along with the family. Playing and singing Tom Petty & Elton John on guitar just isn't the same without his wonderful baritone voice, and energetic presence. We miss his silly stories about his childhood he would tell to cheer everyone up. As italians Sundays are the toughest because Sundays are all about family, and he would always make his famous traditional "Sunday Sauce" with pasta and meatballs that everyone loves then tell dad jokes at the dinner table to spread cheer. We need his motivational rants to keep us going in life, he sees potential in everyone and always tries to show us the value we have to him. Christmas time and summer vacations just aren't the same, without his caring and fatherly energy. He truly is the keystone to the family dynamic.

He has become even more humble and focused on taking care of himself. He has more loyalty now than ever to get back to us, and stay with us! He misses us very much. The world in and of itself, is a better, happier, and safer place with him around to take care of his family and community. By granting him early release, it would be giving him the opportunity to make everyone smile and to be able to be the best version of himself! Surrounded by family, cooking for us, motivating us, and appreciating our value. Also I



This is a picture Uncle Mike took of me when we were camping one summer and I was first learning how to play the guitar! He has always pushed me to be the best version of myself!

To whom it may concern:

Hello, my name is Enza Gimlin, and Michael Masecchia is my cousin. I have lived and grown up with Michael in Buffalo, New York my whole life. I work as a secretary for LPl Financial at 8800 Main Street. Michael and I grew up very close and I have known him my entire life. For as long as I have known Michael, I have always known him to be strong, kind and has always had the biggest heart.

One of my most favorite memories of Michael was when we went camping and at this time I had my new born daughter with me and there really wasn't much I could do and he stayed back with me and her and kept me company we sang and danced, played cards talked and laugh a lot over stories of our childhood. There is nothing more that I wish for than for Michael to be able to return to his family and be with his 3 beautiful children and wife.

If and when Michael rejoins society, he will in no way be a danger to the community. I know how much his family, wife and children mean to him. I know these past couple years without them and his extended family have been horrible. I'm sure he will never do anything to jeopardize his time with them in the future. Our family is very close and we support each other  through everything  He will have all of our support and love to help him. I will always be there to support him by any means necessary to ensure that he continues a positive and happy lifestyle. Thank you for taking the time to read this, and I hope that you take these words into thoughtful consideration and return my cousin home.

Sincerely

Enza Gimlin

April 30, 2024

To whom it may Concern,

I write this letter in support of Mr. Michael Masecchia, who I have known for approximately 15 years. I was the Assistant Principal at the International Preparatory High school in the Buffalo Public School System where Mr. Michael Masecchia was a valued High School English teacher.

As an urban educator, Mr. Masecchia exhibited high levels of dedication and commitment to the growth of all of his students. He had a demeanor that was warm and open while also being structured and fair. His winning smile and good sense of humor helped him to connect and forge positive relationships with students. In the classroom and out of the classroom, Mr. Masecchia had students who trusted him and were comfortable to seek help or guidance, as needed. The educational methods of Mr. Masecchia were highly effective. Many of his students were able to meet and exceed academic expectations to graduate.

The strategies that I observed to be utilized by Mr. Masecchia as an educator aligned with the recommendations from educational research documented in my doctoral dissertation. My research focused on urban teachers' perceptions and behaviors as they relate to conveying a sense of support and caring to students. Mr. Masecchia supported students academically while positively supporting them socially and emotionally. His hard work and commitment to our students in our urban school was exceptional.

I remember being in "awe" when I saw Mr. Masecchia in his classroom making sandwiches for his students. He and his students were busy assembling cold cuts, cheese, breads, etc. using a Panini machine that he purchased from his own funds. It was clear that Mr. Masecchia knew that his students may not be fed and would be hungry so he purchased and brought groceries.

I also remember when Mr. Masecchia volunteered to support students positively by becoming the Varsity Soccer Coach. His leadership as Coach unified students and led the 'I Prep' School Soccer Team to a State Championship win. The involvement of Mr. Masecchia brought smiles to the faces of our entire school and community. Their celebration together was unforgettable.

Through the years, I observed Mr. Masecchia to be a natural leader and teacher. My wish is for him to be home with his family as soon as possible. My hope is for Mr. Michael Masecchia to utilize his innate talent, leadership and teaching ability to give back to our urban community in Buffalo, NY. I am also a resident of Buffalo and I know many people who would benefit from the guidance and support of Mr. Masecchia.

Please consider the information to support Mr. Michael Masecchia positively.

Thank you,
Dr. Gabrielle Morquecho, Retired Principal

Dr. Gabrielle Morquecho

Hello

My name is Juliet Masecchia-Loffredo. I am Michael Masecchia's Aunt. I live in Niagara Falls NY. I am a Licensed Sales Producer and Agency Manager for The Michelle Liberta Allstate Agency. I have been an LSP for 21years. Even though I am Michael's Aunt, and obviously have known him all my life, we are the same age. Because of this, we have a bond that is not just and aunt and nephew but more like a brother and sister. So needless to say I have know him for 58 years. Michael is compassionate, very empathetic, kind hearted, and is one of the smartest people that I know. He has helped family, students, friends, and strangers out of the goodness of his heart without expecting anything in return.

His family is his life. His beautiful wife and children need him the most. His daughters, his son, they miss him so much and his is missing the biggest milestones of their lives right now. His daughter's wedding, my grandchildren's baptisms, his aunt having a heart transplant,…, things he should be here for. We are a big big family with many aunts, uncles, nieces, nephews, cousins, and will be the biggest support system for him when he is released.

My memories of him go very deep and long. From camping to days at Sherkston Beach, to family gatherings on Sunday dinners at Nonna's house. One memory that I will never forget is at a family Halloween party when our children were little. The ages ranged from 4-8 and Michael loved to tell stories. He was the best storyteller. There had to be maybe 10-12 little kids sitting without making a sound for about 15 mins eagerly listening to this spooky funny story that he made up as he went along. All the adults were mesmerized as well. The story had to be good to get children that age to sit for that length of time. My son who is 28 still recalls that same memory and he was 6 at the time.

Michael has never been or ever will be a danger to society or his community upon his release. This community is lacking such a good person who does not deserve this harsh of a sentence that he has received. Please consider an early release for Michael. He has learned from the mistakes he has made in the past. Everyone deserves a second chance especially someone like him.

Paul A. Briandi
5666 Main Street
Williamsville, New York 14221
716-352-8690

Re:  Michael Masecchia
     NACDL Clemency Petition

My name is Paul Briandi and have been a friend of the Masecchia family for over sixty
years. In addition, Michael and I were coworkers, teaching at Grover Cleveland High
School/International Prep for the last ten years of my career. Michael and I formed a
special friendship which we continue to this day. Prior to his incarceration, we visited
regularly, daily when we worked together and frequently after my retirement.

Michael's father, Rano Masecchia and I were childhood friends. His father emigrated
from Italy. He was a family man, hard worker, and friend. Rano instilled these qualities
in his children; Michael, the greatest example. Michael has made mistakes but has taken
responsibility and is deeply remorseful for the pain and suffering he has caused to others.
This does not minimize the man, father, son and friend he is.

As a professional educator for over forty years, it is my opinion that Michael is one of the
best teachers I have ever known. Michael's exemplary expertise in English and
Composition was secondary to his compassion and ability to reach the minds of the
immigrant student school population. As a soccer coach, he taught through sports the
importance of discipline and teamwork and the students loved him. Michael Masecchia's
influence encouraged self-confidence, commitment to quality and forged the basis for the
students' success in higher education.

Through Michael's letters, it is apparent that he has soul searched, understands why he
was incarcerated and the collateral damage that resulted. While in prison, he works to
help other inmates get their GED and educate them on nutrition. He has a damaged
family who needs him. He left a wife who in addition to working to support the family,
must care for her Mother. His children need healing and guidance. Michael knows the
importance of family realizes now how he risked his family's safety through his misdeeds
and needs to right the ship. Michael is no danger to society. He just needs to be with his
family. I will always be a friend to Michael. If released, I will provide whatever
emotional support is required to help him remember who he is, a man of character, a
family man.

Sincerely,

Paul A. Briandi

Paul A. Briandi
July 14, 2024

February 18, 2021

Dear Judge Sinatra:

My name is Victoria Vullo and I am a long-time friend and colleague of Mike Masecchia. We taught high school English Language Arts at International Preparatory School at Grover.

Mike is a kind, helpful and compassionate person. I have observed him step up to help people without hesitation, many, many times. I first began teaching at Grover Cleveland High School almost 23 years ago and anyone just beginning, quickly learns that there are many facets involved in this career that have nothing to do with actual delivery of instruction. One such situation occurred when I was first hired because of limited available classrooms in our building. I was asked to teach my classes from a cart which I wheeled from floor-to-floor, and one side of the building to the next, to whatever classroom happened to be open at that time – all via the elevator. I had 4 minutes to do this between classes and I was carting 40+ very large, heavy books in addition to full class sets of workbooks and other materials. All day long, I was moving up and down three floors of the building to meet my classes.

After about 2 weeks of this situation, as I was becoming more and more exhausted and disheartened, Mike came to me and offered to switch places with me. He took the cart for his classes and gave me the stability of his classroom. His kindness and generosity lightened the stress of my first year of teaching tremendously and I will never forget it.

As a colleague with first-hand experience watching him teach (we shared a classroom at other points in our careers), I can say Mike was expert in his field. Knowing the material is just one part of it. Mike's art was managing to keep students thoroughly engaged and participating, with even the most difficult material. Students loved him because he loved what he was doing.

In closing, I thank you for reading this letter. Mike is a person of high quality and I ask that you exercise leniency in his sentencing. I feel fortunate to have been able to work alongside him for so many years, but more importantly, I feel fortunate to call him my friend.

Sincerely,

Victoria Vullo

Victoria Vullo

Honorable Judge Sinatra


My name is Anthony Alessi and I am a Physical Education Teacher and Coach for the Buffalo Public Schools. I have been employed by the Buffalo Board of Education for the past 28 years. I have also had the pleasure of working with the defendant Michael Masecchia for all of those 28 years. In all of my 28 years as a teacher, I have never seen a teacher who was more caring, helpful, motivating, and comical as Michael Masecchia. These qualities brought the best out of his students.

I was there when Michael Masecchia bought his entire class breakfast sandwiches in the morning because they were hungry. I was there when his students thanked him after crossing the stage at graduation. I was there when he brought food to a co-worker when their spouse was going through cancer treatment. I was there when he took a group of inner city students tubing at Holiday Valley. I was there when he drove a Soccer player down to Akron to get noticed and changed his life by getting recruited. I was there when he assisted me in taking the Soccer Team to Middletown, NY that helped win the 2014 State Championship.

Please consider this letter in sentencing and exercise leniency. Michael Masecchia has so many good qualities in a person.


Sincerely,

Anthony Alessi

Physical Education Teacher/Coach

Buffalo Public Schools

5/23/24

I am writing this letter as a testament of character for Mike
Masecchia. My name is Mary Favata, I am a Special Education
teacher and the Union chair at International Preparatory school
in Buffalo. I have known Mike for more than 14 years, he is a
dedicated and enthusiastic teacher with a big heart who has a
love for children. He has a caring nature, and his generosity has
no limits.

Mike would spend every morning eating breakfast with the
special needs children. He would come to my class on his free
time and my developmentally delayed students would visibly
light up. He would bring them breakfast often. He would sit and
talk to them; they always felt special that this wonderful teacher
took the time out of his busy day to spend with my class. We
had a student that was being bullied about his appearance and
we would brainstorm how to make this student feel accepted.
 Mike didn't hesitate to take him under his wing. He bought him
acne medicine and made it known to the other kids that he was
his friend. The students realized what this young man had to
offer and this teenagers life was forever changed. From that
point forward he gained confidence with the loving guidance of
Mike and has gone on to become successful in the community. I
know Mike played a big role in this child's success. Mike
would walk into a room of students and make each one feel
special. Mike has organized collections throughout our school
for students who needed food or clothing. He has brought beds
to children who were sleeping on the floor, gathering other
teachers to help him. He always led in a positive manner for the
better of the community. These are just a few examples of the
kind of man Mike is but there are hundreds of other times Mike
went above and beyond for his students.
Mike is an outstanding man and has had a huge impact on the
community of Buffalo in a positive way. He has made a
difference in so many lives and has encouraged many young
people to become upstanding members of society.
I have exchanged letters with Mike in prison and he is still a
positive influence over the people in his life and will never pose
a threat to anyone. The two traits that stick out the most to me is

his ability to help anyone and make people smile.
The community of Buffalo is a much better place with Mike in
it. He has an amazing family who needs him, and friends and
co-workers whose lives have been positively influenced by him.
His presence among people is greatly missed and a huge loss to
everyone.
Sincerely,
Mary Favata (Special Education Teacher)

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

vs

MARK MASECCHIA          Docket No. 19-CR-227JLS

Defendant

## DEFENDANT'S SENTENCING MEMORANDUM

## PRELIMINARY STATEMENT

It is respectfully requested that the Court take into account the factors set forth below in determining this Defendant's sentence.  Pursuant to 18 U.S.C.§3553(a), it is submitted that these factors support a sentence of not more than 84 months.  It is well established that district courts "may not presume that the Guidelines range is reasonable" and instead "must make an individualized assessment based on the facts presented".  *United States v. Williams,* 574 F. 3d 209, 215(2dCir. 2008) (quoting *Gall v. United States,* 552 U.S. 38, 49-50(2007). The requested sentence would satisfy the requirement of a sentence sufficient but not greater than necessary to comply with the purposes of 18 U.S.C. §3553(a).

In the Plea Agreement, the parties agreed, pursuant to Fed. R. Crim. P. §11(c)(1)(C) to a sentencing range of 84-96 months (7-8 years).  It is respectfully requested that the Court accept the parties' Plea Agreement and impose the sentence requested above.

It is acknowledged that the Court must first correctly calculate the

the applicable Guideline range. *Gall v. United States*, 552 U.S. 38, 128 S. Ct. 586, 596 (2007). However, the Guidelines must be treated as advisory. *United States v. Ratoballi*, 452 F. 3d 127(2d Cir. 2006). The Guidelines do not create a legal presumption with regard to the appropriate sentence. *Rita v. United States*, 551 U.S. 338, 127 S. Ct. (2007). As set forth below, the section 3553(a) factors when considered together with the advisory guidelines provide a justification for the requested sentence.

## TITLE 18 U.S.C. §3553(a) FACTORS

The Defendant, Michael Masecchia is presently 55 years of age, married and the father of three children. His mother is 85 years of age. Mike is a school teacher who is proud of his 30 years working for the Buffalo Board of Education. As the letters, which accompany this Memorandum, attest, Mike is respected by his teaching colleagues and the administrators at the school where he teaches. This has been a great source of pride to Mike who, on a regular basis, has volunteered to provide additional support and services to his students.

One has to ask the question, how does the individual described in the preceding paragraph find himself standing before this Court facing a lengthy prison sentence? It is a question that Mike Masecchia asks himself on a daily basis. By most standards, he has a wonderful life. A loving family, an elderly mother whom he visits regularly and a rewarding occupation. Unfortunately, Mike, when he was much younger, began growing marijuana. As a young person doing this, he never fully appreciated the gravity of his conduct. He

knew it was wrong, indeed, knew it was illegal, but did not understand the extent to which he was engaged in criminal activity. Over time, he thought little of the illegality of his conduct and continued to engage in this activity.

Mike is an avid hunter and outdoorsman. He collected a number of firearms hunting purposes and was given more by friends and relatives. He kept these at a hunting camp until very shortly before his arrest when he brought them to his residence. He acknowledges that while they were at the hunting camp, where the marijuana was grown, they were available to him to protect his marijuana crop.

With his arrest on the instant charges, Mike has been forced to confront the reality that he has been ignoring for so many years. He has gone from being a respected parent, son and educator to being a convicted felon. He has spent a lifetime earning the respect and admiration of his wife, son, daughters, mother and colleagues. Now, when he looks into their eyes, he sees the disappointment. On more than one occasion, he has remarked that his parents had raised him to know right from wrong and to be a better person than he has been. Throughout their lives, Mike has worked hard to instill positive values in his children. He recognizes that they understand that while he was saying one thing, he was doing another. This has caused him an untoward amount of anguish.

Upon the completion of his sentence, Mike has vowed to commit the remainder of his life to earning back the respect of those whom he has disappointed. He acknowledges that the circumstances in which he finds himself are entirely of his own doing. No one made him engage in the conduct for which he has plead guilty. The decision to engage in this conduct was his

alone.  As a consequence of his decision making, not only will he be incarcerated for a significant period of time, but also, he will be terminated from his employment with the Buffalo Board of Education, lose his New York State teachers certificate, and suffer the personal humiliation for the damage he has done to his family, colleagues and his chosen profession.

If, as requested, the Court accepts the parties' Plea Agreement, the sentencing range to which Mike is exposed is between seven and eight years. It is respectfully submitted that there is no danger of Mike Masecchia re-offending. Having said that, he recognizes the need for punishment and also the need for the Court to address the issue of general deterrence.  It is further submitted that a seven year sentence will satisfy both of these sentencing objectives.  If a seven year sentence is imposed, Mike will be approximately 62 years of age when he is released from prison.  Any term of incarceration is a hardship on the person serving the time.  Indeed, this fact is a sentencing objective, namely, to impose punishment.  In the case of Mike Masecchia, serving a prison sentence, when one is in his late fifties and early sixties, will be particularly difficult.  The Court is asked to take this factor into consideration in determining the appropriate sentence.

Finally, it is requested that Mike be allowed to voluntarily surrender.  He possesses the intent and means to do so.  His unblemished record while on pretrial release demonstrates that he poses no danger to the community or risk of flight. Moreover, voluntary surrender will allow Mike to avoid exposure to Covid-19 while being held locally during the time the Bureau of Prisons needs to designate him to the facility where he will serve his sentence.

Accompanying this Memorandum are letters which speak to Mike's good qualities and provide a basis for the Court to be reassured that there is no danger of his re-offending.

## REQUESTED SENTENCE

The Defendant requests that the Court consider the imposition of a sentence of not more than 84 months.

Dated:  Buffalo, New York             S/ Patrick J. Brown
       June 7, 2021         _____
                                 Patrick J. Brown, Esq.
                                 Attorney for the Defendant
                                 Losi & Gangi, PLLC.
                                 147 Linwood Avenue
                                 Buffalo, New York   14209
                                 (716) 854-1446
                                 pbrown@losi-gangi.com

Joseph M. Tripi, Esq.
Assistant U.S. Attorney
138 Delaware Avenue
Buffalo, New York   14202

Susan C. Desautels
United States Probation Service
2 Niagara Square
Buffalo, New York   14202

To the Honorable Judge Sinatra,

My name is Adam Johns and I'm a teacher at International Preparatory School at Grover. I am a long-time friend and colleague of Mike Masecchia. I have known and worked with Mike for over a decade. He has been a true friend, a dedicated professional to students and just a great soul no matter the capacity in which he's helped in.

Mike has been a great asset to my growth and development in the professional world of education. As a Teacher Aid of 9 years, I worked with many educators. Mike as a seasoned teacher inspired and encouraged me to advance myself into the field of education. Many of my friends that grew up on the lower westside attended Grover Cleveland High School. Mike taught many of them as we were growing up and they would always share stories of how he was a great teacher and positive impact in their lives. The moment anyone found out I was working at Grover that would ask "How is Mr. Masecchia", or they would immediately go into some story of "When I went there, there was this cool English teacher..", and immediately I'd know they're speaking about Mike; my colleague and friend. Hearing and seeing that impact on my friends almost two decades later, showed me the effect teachers have on their students. Mike's success is one of the few reasons I decided to further my education and become a Teacher.

I write this letter to show Mike's everlasting effect on our community. He has been an educator to not only my friends, but friends who now have many impacts on Buffalo and have since moved around the country. Some are fraternity brothers who make our city better, educators of our youth and college students, NFL players and more. One person's effect can impact a community and Mike has done just that.

Sincerely,

Adam Johns

Honorable Judge Sinatra

My name is Anthony Alessi and I am a Physical Education Teacher and Coach for the Buffalo Public Schools. I have been employed by the Buffalo Board of Education for the past 28 years. I have also had the pleasure of working with the defendant Michael Masecchia for all of those 28 years. In all of my 28 years as a teacher, I have never seen a teacher who was more caring, helpful, motivating, and comical as Michael Masecchia. These qualities brought the best out of his students.

I was there when Michael Masecchia bought his entire class breakfast sandwiches in the morning because they were hungry. I was there when his students thanked him after crossing the stage at graduation. I was there when he brought food to a co-worker when their spouse was going through cancer treatment. I was there when he took a group of inner city students tubing at Holiday Valley. I was there when he drove a Soccer player down to Akron to get noticed and changed his life by getting recruited. I was there when he assisted me in taking the Soccer Team to Middletown, NY that helped win the 2014 State Championship.

Please consider this letter in sentencing and exercise leniency. Michael Masecchia has so many good qualities in a person.

Sincerely,

Anthony Alessi

Physical Education Teacher/Coach

Buffalo Public Schools

March 3, 2021

Dear Judge Sinatra,

I am writing this letter on the behalf of Michael Masecchia. I worked with Mike for over ten years. Mike is well known and loved by his students and colleagues for his Shakespearean voice and his generous nature. Mike and I both served as English teachers for the Buffalo Public Schools. We started off as colleagues who shared a love for literature. Very quickly we became friends that shared a love of helping children and giving them hope, especially children that experience extreme poverty. Mike is a caring human being and I am glad to share with you a quick glimpse into his true character.

Mike and I worked in the English Department at The International Preparatory School for several years. I have always known Mike to be a kind and generous person. I learned a lot about Mike many years ago when he and I organized a field trip together. In 2015, Mike and I took a group of about 30 students to see the movie Selma, at the Regal Theater on Elmwood Avenue. He and I both taught sophomores and we were reading Dr. Martin Luther King's, *A Letter from a Birmingham Jail*. We thought the movie would be a perfect companion text to draw parallels from.

Mike arranged for the bussing and I handled the permission slips. This was a district sponsored field trip and 30 students and their chaperones from every high school in Buffalo were allowed to attend. We thought the students would not need to pay for anything. We were wrong. Students from other high schools were allowed to go to the concession stands and buy snacks before the movie started. Mike and I did not prepare for this; we did not tell our kids to bring money. Even if we did prepare, chances are that our students would never be able to afford $12 popcorn or $7 slices of pizza. Once we realized that our kids were embarrassed and sad, Mike jumped into action. I gave Mike a few dollars that I had stuffed in my wallet, which wasn't much. Mike covered the rest. He went and stood in line and made several trips back and forth to ensure that all of the children had a snack. Mike missed the first 15 minutes of the movie because he made several trips to the concession stand. That may not sound like a big deal, but to a kid that has never gone to the movies before or who has never had a real "movie experience" with all of the fixings, this was a big deal. Mike made their day, poverty did not separate them from their peers.

Mike is a great teacher but more importantly a great human being. He taught English but he mainly taught kids about being kind to one another and treating each other like family. He led by example.

Sincerely,

Danielle Womack
Danielle Womack

Danielle Womack





## MIDDLE EARLY COLLEGE HIGH SCHOOL
### Tenacity..Opportunity..College
Dr. Kriner Cash, Superintendent

David J. Potter
Principal

William P. Merriman
Assistant Principal

Judge Sinatra:

My name is David Potter and I am currently the principal at Middle Early College High School in Buffalo. I was a co-worker with Michael at Grover Cleveland High School and taught English in the room next to him.

No one took the time to care about his students the way Michael did to ensure they not only learned/passed ELA, but also so they felt significant. One example that exemplifies this is that before each holiday during the school year we worked together, Michael took turns with each of his classes and ordered them a catered lunch. In addition, he stayed after school to work with his students whenever they needed help and always took the time to ensure they were ok.

Thank you for your time reading this letter and your consideration of it when sentencing Michael.

David J. Potter
Principal: MECHS

2885 Main Street
(716) 816-4010

Buffalo, New York 14214
Fax (716) 838-7507

February 21, 2021

Judge Sinatra,

I have known Michael Masecchia for approximately 12 years. I was the Assistant Principal at International Preparatory High School in the Buffalo Public School System where Michael Masecchia was a High School English teacher.

In my role as Assistant Principal, I observed Michael Masecchia to be a dedicated and respected member of the faculty. He was always positive and had trusting relationships with the Administrators, Staff and students.

Michael understood the many challenges facing urban students in their personal lives and he supported them as much as possible. He was aware that students may not be fed and were hungry so he brought groceries to school to make students sandwiches using his own Panini machine.

Michael Masecchia was very protective of students who were getting bullied by other students. He would often pull kids aside and talk to them about being kind, being nice and being respectful to others. His efforts would often diffuse situations that could escalate to violence. Students were grateful and they knew that he genuinely cared.

Michael Masecchia also volunteered to support students by becoming the Varsity Soccer Coach. I was present when the School Principal asked Michael Masecchia if he would take the vacant position because no one else was willing and the students desperately needed a coach. Michael Masecchia, as usual, said "Yes" because he was always willing to help in any way. His leadership as Coach unified students and led the 'I Prep' Team to a State Championship win. His involvement brought the entire school and community together in ways that the students will never forget.

I thank you for reading this letter. Please consider the information contained in this letter in sentencing Michael Masecchia.

Sincerely,

Dr. Gabrielle Morquecho, Principal
Hutchinson Central Technical High School

Gino Arbore
103 Glen Haven Road
Rochester, N.Y. 14609


February 10, 2021


Dear Judge Sinatra:

I am writing this letter in support of my friend, Michael Masecchia. My name is Gino Arbore; I am a retired Sheriff's Deputy from Monroe County. I have known Mike for more than 20 years. Since meeting Mike, I have known him to be a caring and respectful man. He has always been a true gentleman and true to his word. Mike, a former high school teacher whom many admired, has coached and mentored many kids in various sports. His enthusiasm has led to many good works in society.

He has a loving wife, Krista, two beautiful daughters and a son who mean the world to him. I have talked with Mike about his situation, and he told me he has learned from this experience and strives to make amends and change. Mike has substantial support from family and friends. He understands his responsibility to finish his sentence positively. He is looking forward to reuniting with his family.

Thank you for taking the time to read this letter.


Sincerely,


Gino Arbore

3/4/2021

Dear Judge Sinatra:

I met Mike when I was a student in 7th grade at International Prep. He was my teacher off and on until I graduated in 2019.

If it wasn't for Mike, I probably wouldn't have graduated. Whenever I was going through hard times in life, he was always there for me, even if I wasn't in his class. He would always make time for me. He was one of the few teachers who really wanted to see black kids and kids from other countries succeed. When I was having trouble passing the English Regents exam, he helped me study in his own time.

Thank you for taking the time to read this letter. I hope that when you are sentencing him, you will consider the positive impact he made in my life and so many other kids.

Sincerely,

Isreal Sherfield

Isreal Sherfield

March 1, 2021

Dear Judge Sinatra,

My name is Jeanne Stewart.  I am a friend of Mike Masecchia. I met Mike 12 years ago when he was the head coach of my youngest son Joseph's youth football team with the Town of Tonawanda Football Association (TTFA). During Mike's 5 years of coaching my son Joseph's team, I became close with Mike and his wife Krista and their children, daughters Jenna and Siena as well as his son Mike, whom I consider all good friends.

Shortly after Mike started coaching my son, my husband was diagnosed with amyloidosis, a rare, fatal disease. Two years later, my husband passed away. It was a difficult time for myself and my three children who were aged 14, 11 and Joseph, who was only 9. During my husband's illness and after his passing, Mike displayed extraordinary kindness and generosity to my son, Joseph. He took him under his wing as a coach and took him on many outings with his family and other teammates, among them; Buffalo Bills games, Bison Baseball games and cabin trips. He offered him advice and stood in as a father figure for my son who was very young and confused after the passing of his father. I will always be grateful to Mike for the kindness and generosity he offered to my Joseph during such a tumultuous time.

Since the years Mike coached my youngest son Joseph, my oldest son James started dating Mike's daughter, Siena. They have been dating for 2 years. I love Siena as my own daughter. She is a kind, wonderful, educated young woman with a master's degree in social work, working hard to make a positive impact in the world.  She is a testament to the upbringing she received from Mike as a father and family man. As he did with my son Joseph, Mike has been a father figure to James and has had a very positive impact on him as a young man.

Mike has had a positive, lifelong impact on both of my sons Joseph and James, as a coach and as a father figure. I ask that you please take into consideration this letter and show leniency as you determine sentencing for Mike.  Thank you for your time.


Sincerely,

Jeanne M. Stewart

# From the Desk Of:

Kevin J. Eberle, Ed.D.

Principal, Buffalo Public Schools

February 20, 2021

To: Judge John L Sinatra, Jr.
United States District Court
Western District of New York

The Honorable Judge Sinatra;

Please accept this correspondence in reference to Michael Masecchia. I have known Mike for eighteen years as a building principal, Chief Operations Officer and friend within the Buffalo Public School system. I was his immediate supervisor at Grover Cleveland High School as he taught English to various students throughout his career. As many who know Grover Cleveland High School, it has been designated as the International High School. At one point there have been fifty countries represented with students speaking over forty-five different languages. As an English teacher, Mike Masecchia established himself as one of our lead teachers supporting all students to become very well accomplished with their studies. Within this diverse group of students, there was a caveat to the most challenging school in the city; gangs and gang activity. As a building principal for over twenty-five years, I can attest to the professionalism and outright compassion Michael Masecchia established with each and every student, no matter what neighborhood, culture or gang they were affiliated with.

In the early 2000's, it was essential to have a teacher with the caliber of intelligence, personality and sense of humor that Mike exhibited to manage a building of our size. We had over one thousand students in those days and we established an effective learning environment by establishing close relationships with our students. Mike was the lead in the entire school to change a dysfunctional school into an environment where students began to feel safe just by a simple smile or hug. Mike was involved as a coach with football and soccer. These two sports were a second classroom for Mike. His confidence, skills and overall presence on the sports field created close relationships with his students. There were times that he would literally take the shirt off his back to support these kids. He set up funding sources and donations for students to have their own sports cleats just to play soccer. I could go on with many more stories but I must leave you with one final note of Mike's compassion for not only students, but for his colleagues. He would always be there for any teacher who was having a bad day with students or a personal family situation. This unconditional regard for both students and staff exemplifies the character of Michael Masecchia and I wish to express my personal and professional gratitude for this man. Your Honor; I wish to express my gratitude for you taking the time to read a short excerpt of Mike's educational experiences and would ask you for any consideration for leniency in his sentencing. Thank you for your consideration in this matter

Sincerely,

Dr. Kevin J. Eberle

February 24, 2021

To The Honorable Judge Sinatra,

I am writing this letter as a testament of character for Mike Masecchia. My name is Mary Favata, I am a Special Education teacher and the Union chair at International Preparatory school in Buffalo. I have known Mike for more than twelve years, he is a dedicated and enthusiastic teacher with a big heart who has a love for children. He has a caring nature and his generosity has no limits.

Mike would spend every morning eating breakfast with the special needs children. He would come to my class on his free time and my developmentally delayed students would visibly light up. He would bring them breakfast often. He would sit and talk to them; they always felt special that this wonderful teacher took the time out of his busy day to spend with my class. We had a student that was being bullied about his appearance and we would brainstorm how to make this student feel accepted. Mike didn't hesitate to take him under his wing. He bought him acne medicine and made it known to the other kids that he was his friend. The students realized what this young man had to offer and this teenagers life was forever changed. From that point forward he gained confidence with the loving guidance of Mike and has gone on to become successful in the community. I know Mike played a big role is this child's success. These are just two examples of the kind of man Mike is but there are hundreds of other times Mike went above and beyond for his students.

I hope that you consider what an outstanding man Mike is and the impact he has had on the community. He has made a positive difference in so many lives and has encouraged many young people to become upstanding members of society.

Sincerely,

Mary Favata

Melissa Zambarda
323 Burroughs Drive
Snyder, NY 14226

February 19, 2021

Dear Judge Sinatra,

My name is Melissa Zambarda and I have been a colleague and friend of Mike Masecchia for
15 years. I first met Mike at Grover Cleveland High School when I was assigned as his high
school English Special Education Consult Teacher. At that time, I was returning back to
teaching after staying at home with my boys for 7 years. This position was my first inner city job
and at that time the halls and classrooms could be chaotic with layers of tough students and
neighborhood gang members. When I stepped into Mike's classroom, I was amazed at the
respect and the interest the students gave "Mr. Mike". He drew students into his classroom
because of his unique ability to make the English curriculum interesting to all. Perhaps it is the
way he can read aloud a story using different character accents or the way he can break down
information for all to understand and want to engage. He taught his students to write and to
pass the English Regents exam.

Besides academic connections he treated the students with kindness, humor, concern and
generosity. He hosted Christmas feasts for over 100 students, encouraging them to bring dishes
from their cultures to share and made every dish he tried seem amazing. Many of these
students lack a male presence in their lives and Mike gave that to them with attention,
conversation and care even if it was only a few minutes a day. A special memory that I have is
when Mike purchased $100 acne medicine for a student of mine who was suffering from horrible
acne. He mentioned that he could not afford it and Mike automatically told him that he would
cover the costs and soon his self-esteem sky rocketed.

Five years ago my position was changed to a 6:1:1 Community Based special education class.
The class consisted of students who were intellectually delayed, autistic and had multiple
disabilities. From day one, Mike came into my class and sat for breakfast almost daily with my
students. He would talk, joke and assist them in any way he could. The highlight of their day
was running into "Mr. Mike" when we were in the hallways. He would encourage conversations,
take them to the weight room on his breaks, have them run errands, give them money so they
could practice their shopping skills. At times he would give up his prep to come out in the
community with the class, join them at their grocery store worksite and take them to lunch. He
presented them with kindness and happiness so in turn they smiled and felt important.

Thank you for reading this letter. Mike has done so many positive things for the students of
Buffalo Public Schools, far too many that I can list. He has a caring heart and should not be
defined only by this unfortunate situation. I hope you will consider leniency in his sentencing.

Sincerely,

Melissa Zambarda

Melissa Zambarda

Nicolas Grabowski

4225 Arthur Court

Hamburg, NY 14075


February 24, 2021


To The Honorable Judge Sinatra,


I am writing this letter as a testament of character for Michael Massechia. My name is Nicolas Grabowski and I've worked with Michael for multiple years at International Preparatory School #198 in Buffalo, NY. In that time, we have become friends both in and out of work and Michael became a mentor to me within the education system. He has always struck me as an overly generous and caring person with a gift for teaching.

As a friend and co-worker of Michael, I was able to observe the relationships he built with co-workers and students. I came into the school as his substitute teacher and upon his return, was able to work in the same classroom with him for an extended time. I was fortunate to watch him create personalized relationships with the each student in the classroom. He treated the students like they were family and had a unique way of getting through to each student in the class. He became my mentor in my first year of teaching and instilled his methodology in me. I am forever grateful that I was able to learn from someone who put so much time into perfecting his craft as a teacher and to this day I don't think I will ever meet a teacher who could get through to students as easily as Michael could. I recall a time when a young student came into class very hungry and complaining that they did not feel well. Michael proceeded to offer the student his lunch. He made sure that the student ate it and felt better before leaving class. He always put other's needs before his own and never thought twice about helping others, whether it was a student or another teacher.

It is my hope that you will consider this letter in sentencing Michael. Michael is the finest and most caring teacher that I have ever met in my life. Even despite the current case, I believe Michael is a valuable member of this community and an even better person.


Sincerely,

Nicolas Grabowski

  

WWW.NFCSS.ORG

## Niagara Frontier Council for the Social Studies

229 W. Genesee St. Suite #1113     Buffalo, New York 14202     (716) 220-8507
**Website:** www.NFCSS.org     **Email:** NiagaraFrontierCSS@Gmail.com     **Twitter:** @NFCSSHistoryWNY

*Proudly Serving All Eight Western New York Counties*

March 10, 2021

Dear Judge Sinatra,

My name is Richard Pyszczek, Jr and I am the President of the Niagara Frontier Council for the Social Studies and a 22-year employee of the Buffalo Public Schools. I've known Mike Masecchia since 1995 and since that time I would say he is one of my closest friends.

When my mom was diagnosed with terminal stage 4 cancer in 2001, he was one of my family's biggest supporters. He made sure the students in my Grade 11 & 12 Social Studies courses at Grover Cleveland H.S. were not falling behind in their academic pursuits while I was caring for my mother. When my mother passed away, he was there for me and my family as we made funeral arrangements. Mike was also a pall bearer for my mother at her funeral, this type of friendship and loyalty is not easy to come by.

Mike has been a vital member of the Grover Cleveland high school faculty for the last 3 decades teaching ELA III; he is always willing to lend a hand to support our students. He personally organizes an annual Thanksgiving Dinner for our ENL students at Grover Cleveland and International Preparatory at Grover Cleveland. He quietly supported our students by helping them out with costs associated with the prom and graduation each year. Below are a couple of stories from the Buffalo News that show the impact that Mike has had on our students and school community;

- June 2000 Buffalo News Story: ***BPS Kids Make the Grade***

- February 2014 Buffalo News Story: ***For Ezana Kahsay, no matter where he is, soccer is his life***

Thank you for reading this letter and I would hope you would consider this in sentencing.

Sincerely,

*Richard S. Pyszczek Jr*

Richard S. Pyszczek, Jr.
NFCSS President

Niagara Frontier Council for the Social Studies     229 W. Genesee St. Suite #1113 Buffalo, NY 14202

www.NFCSS.org

February 24, 2021

Dear Judge Sinatra,

My name is Rondelle Stone, and I am a long-time friend of Mike Masecchia.

Mike opened his heart and home to my child R-Son Stone. I reside in Atlanta, GA, however, we made the best decision for R-Son, which was for him to finish school in Buffalo three years ago. Mike welcomed R-Son, further into his heart and most importantly, his home, with no hesitation. Mike was a great role model, he supported and loved on my son as if he was his own.

Mike attended every football game and wrestling match R-Son was a part of. R-Son was hurt during his, football season and required surgery, Mike was right by his side. Mike even opened his door for me to stay with him for R-Son's recovery. Mike also played a big role in R-Son's recovery, taking him to Dr's appointments as well as physical therapy. Mike has always been a father figure in R-Son's life and I'm truly grateful for that.

I have always known Mike to be an honest, dependable, loving and caring man. Please exercise leniency in Mike's sentencing.

Respectfully,

Rondelle Stone

March 11, 2021

Dear Honorable Judge Sinatra,

My name is R-Son Stone. Mr. Masecchia's son Michael and I have been best friends since 7th grade. During my sophomore year of high school, Mr. Masecchia took me in and allowed me to live with him and his family, until my senior year. Ever since then, I have thought of him as my second father and mentor. Mr. Masecchia taught me things about the world that I was never shown by my biological father.

Mr. Masecchia pushed me to pursue my dreams of playing college football, he drove me to countless practices and games, just to support me. Even when the football season ended, he continued to support me at wrestling matches and lacrosse games. Through the years I stayed with Mr. Masecchia, we bonded together, he would always be the center of attention laughing, smiling and making jokes. Even when introducing me to family, he would call me his son and I still thank him to this day.

Please consider this letter in the sentencing of Mr. Masecchia because he was not only a father and mentor to me, but also to the students he taught and other athletes lives that he touched with his inspiring words and actions.

Thank you Judge Sinatra,

To Judge Sinatra,

My name is Steven means. I play in the NFL for the Atlanta Falcons and I am also a graduate and Alumni of Grover Cleveland High School! During my time there, there were a handful of people that impacted me as a young man growing up in a treacherous world. Mr. Michael Masecchia (Mr. Mike as we called him) was one of those people. Trapped between stepping into the world as a teenager full of bad influences on one hand, and knowing how my parent raised me to be leader and not a follower on the other hand, Mr. Mike would often set me straight. I found myself on the brink of crossing that threshold many times, and more often than not Mr. Mike would be there to pull me back! He would often give me advice about the future that I couldn't see but he had already lived. About friends, girls, colleges, opportunities, etc... some people might not think much of it, but as a young boy growing up those words meant a lot to me.

He would say things like "hey big Steve, you got your whole life in front of you, don't let these things right now affect the rest of your life." I remember being very upset one time, and he came in the room with me and my coach smiling like he always did, with his shiny slick back pony tail and veins popping out of his biceps, and nudged me and said "what's it gonna be? You gonna grind now and be able to have fun the rest of your life, or are you gonna party and have fun now and then spend the rest of your life grinding and working?" Its words like that and people like Mr. Mike that made me see things different. I left school that day and started working out relentlessly.

Mr. Mike or Michael as you may be addressing him, is a good man. One that stopped me from making mistakes early on in my life. One who allowed me another chance at things. Which I turned those chamces into a, thus far 8 year NFL career chasing my dreams. This man is a good man! He is beloved amongst so many of my fellow classmates while being at school. I'm asking that he be grantd another chance, like the one he provided me.

Sincerely,

Steven Means

To judge Sinatra

My name is ezana Y kahsay. I was a former student of michael Masecchia, at grover cleveland Highschool. Since i've graduated from grover, i continued my education at the university of akron and graduated. Currently I am outside of the United States, following my dream of becoming a professional soccer player at the highest level possible, and all of this wouldn't have been possible without the effort of my teacher, mentor, and father figure Michael Masecchia.

Michael has been my mentor since I started attending grover Cleveland high school, a month after I landed in the United States as a refugee. I was just a 16 year old, without any idea of how life was supposed to look for me. He started by being my english teacher at first, then my soccer coach. I was raised by a single mother and by being around Michael I realized that a man has to take care of his family, and because of his example as a young man I started trying to make my mothers life easier. He took me to his home and showed me my first super bowl family party,which was one of the best days of my life. He also knew the love I had for soccer and made sure I attended a powerhouse for soccer in the country, a division 1 university (uni. Of akron), by raising money for the camp, hotel and food. On top of that, he drove me there personally, without hesitating. He took me to Akron because I've never been outside buffalo and to show me support, I have someone there for me at all times. Also, after i made it to the university, when fall came, we packed my stuff and took me to akron because my mother couldn't take off work and leave my baby sister. These are the highlights of my time with Michael, I could go on all day and tell you how he impacted my life but I would run out of paper. He never treated me differently from his own kids and that speaks volume as a person. His kindness wasn't only towards me but also to my teammates and former classmates. I never heard one person complain about his personality because he showed nothing but love and respect for others and it was reciprocated.

First I would like to thank you for reading this letter. Second , please exercise leniency in sentencing Michael because he is a kind hearted,family oriented man and I believe that he will do more good out in the world to help young people like me who have a little idea of how life is supposed to look like. I have lived in buffalo and I have seen how teachers impact their students on so many levels. They are second parents to us.even though he has made a poor decision at some point of his life, I know he is an all around good human. I believe we learn from our mistakes.

Ezana Kahsay

Mary Favata

6 Carla Lane

West Seneca, NY 14224

February 25, 2021

To Judge Sinatra,

I am writing this letter for Mike Masecchia. My name is Abdulla Al-Jandari, I am a teacher at International prep and translator for Arabic speaking students. I have known Mike for more than 25 years.

In all of my years in Buffalo Public schools I have never met a more compassionate and dedicated teacher. As an immigrant he always made me feel welcome and respected. The care he showed for our refugee students was above and beyond. Not only was he a patient teacher but he made sure they had what they needed outside of school as well. He often stayed after school with the Arabic speaking students and making sure they understood English. He could not let them leave without knowing if they were going to eat that night. If the students did not have food, he would make sure they were fed before they left. His leadership and big heart was known around the school.

  Please take into consideration Mike's impact on the community. He has the ability to do great things and our community is better with him in it.

Sincerely,

Abdulla Al-Jandari