# EXHIBIT D

Dear Judge,

    First and foremost, I would like to sincerely apologize to my family and my community for any unnecessary pain or harm I may have caused them due to my insensitive and selfish behavior. In 2022, I accepted full responsibility for my actions and I do so again today. Respectfully, I am not the same person that entered prison on June 8, 2022. I live with guilt, sadness, regret and remorse every day of my life. Sadly, it takes longer for some of us to realize what's important in life and what is not. Every day that I wake up, I try to be a better person than I was the day before.

    My legacy before my conviction was the opposite of where it stands today. As a high school teacher and coach for over 30 years, I was a role model to generations of adolescents in the inner city of Buffalo, and in my immediate and surrounding suburban communities as well. I was a man who showed our youth how to do the right thing, and how to express themselves through written language. I taught them physical fitness, mental toughness, healthy nutrition habits and how to reach out for help when in doubt or in need. My community trusted and respected me, and my commitment to my wife and 3 children. i have raised my children to respect themselves, their family, their elders, their neighbors, and their community in general.

Today, due to my self-seeking actions, this legacy is blemished, flawed and reversed. But because I have faced the consequences of my conduct and learned numerous valuable lessons, I am now able to work tirelessly to reclaim a measure of that esteem, respect, dignity and trust, that I previously held. I ask your honor to also consider that I am now 59 years old and that my health struggles have given me a new and different perspective on the value of life and liberty.

    Since my arrival here at Butner Federal Prison Camp I have not received adequate medical care. ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

    I ask your honor to also consider that I am in fact rehabilitated, and have successfully completed the following programs and classes: Intro to hobby craft, creative writing, life skills and math, Spanish I, intro to recreation facilities, drug abuse education in the chapel parts I and II, green living, financial literacy, ACE horticulture, Servsafe food handling cert, solar system, business, diabetes recreation class, hypertension rec class, acoustic guitar, non-residential drug abuse program (NRDAP), nutrition, camp intro to hobby craft, acoustic guitar part II, poetry, mindset, employment careers, Cuban missile crisis, UNICOR 500 hour certification, health and wellness in the lifespan, parenting, and I am currently enrolled in embracing interfaith cooperation and movies with a message in chapel.

    If I were to receive compassionate release, I would help care for my 85 year old mother-in-law who now resides at my home in Tonawanda NY. ████████████████████████████████████████████████████████████████████ I would also assist my siblings in caring for my 79 year old mother, Marie Masecchia, ████████████████████████████████

      I would like to inform the court that I currently receive a NY State Teacher's Retirement Pension from my decades of work as a public high school teacher, this also includes full health insurance to cover ▮▮▮▮▮▮▮▮▮▮ and expenses. Moreover, I plan to work at my nephew Robert Mazzara's fitness club in whatever capacity would be helpful. Such as, personal trainer, desk greeter, or custodian if needed. My background in coaching athletics and finesses will be an asset to my employer and the overall gym community. I also plan to present the Visual Arts and Language Arts curriculum and course materials that I have been writing while in prison to the education leaders that I still remain close to today.

Thank you for taking the time to read my letter and for the rest I pray.

Sincerely,

Michael A. Masecchia