UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

UNITED STATES OF AMERICA

       *Plaintiff*,                    Docket No. 1:19-cr-00227

- v. -

MICHAEL MASECCHIA,

       *Defendant*.

-----------------------------------------------------------------x

### THIRD NOTICE OF MOTION TO FILE UNDER SEAL

PLEASE TAKE NOTICE that Defendant Michael Masecchia will make an motion before this Court, and before The Honorable John L. Sinatra, at a date and time to be designated by the Court, for an order pursuant to Local Rule of Criminal Procedure 55, permitting him to file under seal Defendant's Exhibit F: The Defendant's July 11, 2025 Letter to the Court.

Respectfully submitted,

Brooklyn, New York
July 21, 2025

                                          */s/ Elizabeth Budnitz*
                                          Elizabeth Budnitz
                                          New York Bar # 4511499
                                          *Counsel for Michael C. Masecchia*
                                          Last Prisoner Project
                                          185 Hall Street, #314
                                          Brooklyn, New York 11205
                                          Phone: (917) 691-0478
                                          Email: liz@lastprisonerproject.org