# EXHIBIT F

JULY 20, 2025

Dear Judge Sinatra,

I want to offer you a sincere "Thank you" for granting me Compassionate Release. I am now able, with the love and support of my family, to access medical care related to ▮▮▮▮ that I was not getting in prison.

I have been scheduling numerous medical appointments most of which are finally on the calendar. I will be meeting with my ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and ▮▮▮▮▮▮.

I will be consistently focusing on my physical health and mental well-being, throughout the remainder of my days. I pray that God will continue to bless my family and I with health, happiness and strength.

Your Honor, I have been proudly caring for my mother-in-law on a daily basis since I have returned home. I have been assisting her with everything from exercise therapy, to meal prep, planting a vegetable garden and praying together daily. Our bond has grown dramatically, as well as with my wife and children.

I have been diligently following my probation protocol and have recently undergone a mental health evaluation and counseling session. I promise to live on the straight and narrow and will not disappoint. I will continue to adhere to the guidelines of my probation and stay in good standing with the court.

Again, I feel as though my prayers have been answered and feel closer to God and stronger in my faith than any other time in my life.

I have Your Honor to thank for that.

Truly Blessed and Grateful,

Michael A Masecchia